NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROY COURAN,                                )
                                           )
       Appellant,                      )
                                           )
v.                                         )     Case No. 2D17-2766
                                           )
STATE OF FLORIDA,                          )
                                           )
       Appellee.                       )
_____)

Opinion filed February 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Thomas Krug, Judge.

Terra Carroll, Lakewood Ranch, for
Appellant.


PER CURIAM.

      Affirmed.


LaROSE, C.J., and SILBERMAN and SALARIO, JJ., Concur.